IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2004-AP

ESTHER L. VIALPANDO,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Michael W. Seckar
    402 W. 12th Street
    Pueblo, CO 81003
    719-543-8636
    719-543-8403 (facsimile)
    seckarlaw@mindspring.com

    For Defendant:
    John F. Walsh
    United States Attorney

    J. Benedict García
    Assistant United States Attorney
    United States Attorney's Office
    J.B.Garcia@usdoj.gov

    Thomas H. Kraus
    Special Assistant United States Attorney
    1961 Stout St., Suite 4169
    Denver, Colorado 80294-4003
    303-844-0017
    303-844-0770 (facsimile)
    Tom.kraus@ssa.gov
      mailto:David.blower@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     **Date Complaint Was Filed**:  July 29, 2013

    **B.**     **Date Complaint Was Served on U.S. Attorney's Office**:  September 17, 2013

    **C.**     **Date Answer and Administrative Record Were Filed**:  November 6, 2013

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand.  The parties have no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

The parties request a briefing schedule one week outside of the standard briefing schedule to account for a large number of cases where answers were filed on the same day.

    **A.**     **Plaintiff's Opening Brief Due**:  January 15, 2014

    **B.**     **Defendant's Response Brief Due**:  February 18, 2014

    **C.**     **Plaintiff's Reply Brief (If Any) Due**:  March 5, 2014

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

     **A.**      **Plaintiff's Statement:** Plaintiff does not request oral argument.

     **B.**      **Defendant's Statement:** Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

     **A.**      **(  )**    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

     **B.**      **( X )**   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

DATED this 26th day of <u>November</u>, 2013.

                                                      BY THE COURT:

                                                      *s/John L. Kane*
                                                      U.S. DISTRICT COURT JUDGE

APPROVED:

        John F. Walsh
        United States Attorney

s/ Michael Seckar                                 **By:** s/Thomas H. Kraus
402 W. 12th Street                                  Special Assistant U.S. Attorney
Pueblo, CO 81003                                 1961 Stout St., Suite 4169
719-473-1515                                         Denver, CO 80294-4003
719-543-8403 (facsimile)                  303-844-0017
seckarlaw@mindspring.com               303-844-0770 (facsimile)

                                                       Attorneys for Defendant

Attorneys for Plaintiff