IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02004-BNB

ESTHER L. VIALPANDO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Boyd N. Boland on July 10, 2014, incorporated herein by reference, it is

    ORDERED that the decision of the Commissioner is REVERSED and the matter is REMANDED to the Commissioner for further proceedings consistent with Social Security Ruling 96-8p. It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Esther L. Vialpando, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

    DATED at Denver, Colorado this 10th day of July, 2014.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    s/ Brandy Simmons
    Brandy Simmons, Deputy Clerk