IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02004-BNB

ESTHER L. VIALPANDO,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

Defendant.

_____

**ORDER**
_____

This matter arises on the **Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act** [Doc. # 28, filed 9/8/2014] (the "Motion").

IT IS ORDERED:

(1)   The Motion [Doc. # 28] is GRANTED; and

(2)   The parties' stipulation is approved and made an order of the court.

Dated October 16, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge